| | |
|---|---|
| 1 | JOAN E. COCHRAN, ESQ.   #128251 |
| | MARGRET G. PARKE, ESQ.  #126120 |
| 2 | AYA J. PEARSON, ESQ.    #227720 |
| | **COCHRAN, DAVIS & ASSOCIATES, P.C.** |
| 3 | 36 Malaga Cove Plaza, Suite 206 |
| | Palos Verdes Estates, CA 90274 |
| 4 | (310) 373-0900, (310) 373-0244 - fax |
| | joan@cochranlaw1.com |
| 5 | Attorneys for Defendants and Cross-Complainant, |
| | **CERTAIN UNDERWRITERS AT LLOYD'S** |
| 6 | **LONDON, ENGLAND** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHOENIX AMERICAN INCORPORATED, a Nevada Corporation | ) ) ) | Case No. C 07-0741 BZ |
| Plaintiff, | ) ) | **AMENDED** |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ENGLAND, and DOES 1 through 25 inclusive | ) ) ) ) | **ORDER CONTINUING THE HEARING OF CERTAIN UNDERWRITERS AT LLOYD'S LONDON, ENGLAND'S MOTION FOR REMAND AND MOTION FOR SANCTIONS AND CONTINUING** |
| Defendants. | ) ) | **THE CASE MANAGEMENT CONFERENCE** |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, ENGLAND, | ) ) ) | |
| Cross-Complainant, | ) ) | Hon. Bernard Zimmerman |
| v. | ) | |
| PHOENIX AMERICAN INCORPORATED, a Nevada Corporation; LEASE MANAGEMENT ASSOCIATES, INC. A Nevada Corporation; GUS CONSTANTIN, an individual; ReSOURCE/PHOENIX, INC., a California Corporation; RESOURCEPHOENIX.COM, INC. A Delaware Corporation, and ROES 1 through 100, inclusive | ) ) ) ) ) ) ) ) ) | |
| Cross-Defendants, | ) ) | |

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. C 07-0741 BZ

1

1   IT IS HEREBY STIPULATED by and between the parties hereto, through their
2   respective attorneys of record, that the hearings on Certain Underwriters at Lloyd's, London,
3   England's Motion for Remand and Motion for Sanctions, currently set for April 18, 2007 at 2:00
4   p.m., be continued to **May 16, 2007 at** 2:00 p.m. **10:00 A.M.**
5   IT IS FURTHER STIPULATED that the Case Management Conference, currently
6   set for May 14, 2007 at 4:00 p.m. shall be continued to **June 11, 2007 at 4:00 p.m.** The date by
7   which the parties must meet and confer regarding the Initial Disclosures currently set for April 23,
8   2007 is continued to May 21, 2007. The last day to complete the Initial Disclosures currently set
9   for May 7, 2007 is continued to June 4, 2007.

DATED: April 13, 2007        JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
    JOSEPH N. DEMKO
Attorneys for Plaintiffs and Third Party Defendants
PHOENIX AMERICAN INCORPORATED, LEASE
MANAGEMENT ASSOCIATES, INC., GUS
CONSTANTIN, ReSOURCE/PHOENIX, INC.,
RESOURCEPHOENIX.COM, INC.

DATED: April 13, 2007        COCHRAN, DAVIS & ASSOCIATES

By: _____
    JOAN E. COCHRAN
    MARGARET G. PARKE
    AYA J. PEARSON
Attorneys for Defendants, CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON,
ENGLAND

PURSUANT TO STIPULATION, IT IS ORDERED

April 17, 2007
DATED: ~~April 16, 2007~~
                                      _____
                                      Honorable Bernard Zimmerman

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 36 Malaga Cove Plaza, Suite 206, Palos Verdes Estates, CA 90274

On April 16, 2007, I served the document(s) described as: **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING OF CERTAIN UNDERWRITERS AT LLOYD'S LONDON. ENGLAND'S MOTION FOR REMAND AND MOTION FOR SANCTIONS AND CONTINUING THE CASE MANAGEMENT CONFERENCE** the party(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: **SEE ATTACHED PROOF OF SERVICE**

( X ) (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) (BY ELECTRONIC MAIL) I delivered such documents by electronic mail.

( ) (BY FEDERAL EXPRESS) I caused said envelope(s) to be sent by Federal Express [Priority Overnight] to the offices of the addressee(s).

( X ) (BY FACSIMILE) In addition to the above service by mail, hand delivery or Federal Express, I caused said document(s) to be transmitted by telecopier at approximately to the addresse(s) whose facsimile machine telephone numbers are indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

Executed on April 16, 2007, at Palos Verdes Estates, California.

( XX ) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

__BRITTANY FORSTER__   _____
Print Name                               Signature

## SERVICE LIST

| Robert B. Kaplan<br>Joseph M. Demko<br>JEFFER, MANGELS, BUTLER &<br>MARMARO, LLP<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, CA 94111-3824 | **Attorneys for Plaintiff and Cross-Defendant,**<br>Tel: (415) 398-8080<br>Fax: (415) 398-5584<br><br>Demko, Joseph N. [JND@JMBM.com] |
|---|---|